

1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        ) Case No.: 5:16-MJ-300.
                                     )
12              Plaintiff,           ) ORDER OF DETENTION PENDING
                                     ) FURTHER REVOCATION
13       Luis v.                     ) PROCEEDINGS
         Gonzalez Garcia              ) (FED. R. CRIM. P. 32.1(a)(6); 18
14                                   ) U.S.C. § 3143(a)(1))
                Defendant.           )
15  _____  )
16       The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the _____ District of
18  ____AZ_____ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. (✗)  The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c). This finding is based on the following:
25          (✓)  information in the Pretrial Services Report and Recommendation
26          (✓)  information in the violation petition and report(s)
27          (✓)  the defendant's nonobjection to detention at this time
28          ( )  other: _____

                                    1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation
(✓) information in the violation petition and report(s)
(✓) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:

_____
KENLY KIYA KATO
United States Magistrate Judge